Hon. Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SHARON JENSEN,

        Plaintiff,

v.

IPEX USA, INC., a Washington corporation;
IPEX USA, LLC, a Washington corporation;
IPEX USA, INC., a Delaware corporation;
IPEX USA, LLC, a Delaware corporation;
IPEX, INC., a Michigan corporation; and
JOHN DOE CORPORATIONS 1-30,

        Defendants.

Case No. 08-CV-0016 MJP

ORDER GRANTING DEFENDANT IPEX USA LLC'S MOTION FOR PROTECTIVE ORDER

      Pending before the Court is defendant IPEX USA LLC's Motion for Protective Order Regarding 30(b)(6) Deposition. In connection with that motion, the Court has reviewed the following:

      (1)    IPEX USA LLC's Motion for Protective Order Regarding 30(b)(6) Deposition;

      (2)    Declaration of Gregory J. Hollon Regarding Motion for Protective Order and Exhibits A-D attached thereto;

      (3)    Defendant IPEX USA LLC's Reply in Support of Motion for Protective Order.

The Court has also reviewed the records and files herein. The Court notes that Plaintiff did not respond to Defendant IPEX USA LLC's Motion. Being informed in this matter, the Court hereby orders that defendants' motion is GRANTED, and the Rule 30(b)(6) deposition notice issued by plaintiff is QUASHED.

DATED: This 30th day of October, 2008

s/Marsha J. Pechman
HONORABLE MARSHA J. PECHMAN
United States District Judge