The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON JENSEN,<br><br>Plaintiff,<br><br>v.<br><br>IPEX USA, INC., a Washington corporation; IPEX USA, LLC, A Washington corporation; IPEX USA, INC., a Delaware corporation; IPEX USA LLC, a Delaware corporation; IPEX, INC., a Michigan corporation; and JOHN DOE CORPORATIONS 1-30,<br><br>Defendants. | Case No. C08-0016 MJP<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION** |

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 79) of this Court's order dismissing Leonid Dubinsky's claims. For the reasons set forth below, the Court DENIES Plaintiff's motion.

On October 27, 2008, this Court issued an order granting Defendants' motion to strike Leonid Dubinsky as a class representative and dismiss his claims. (Dkt. No. 72.) In that order, the Court determined that Dubinsky lacked standing to pursue claims against Defendants. (Id. at 9.) Plaintiffs now ask for reconsideration of that order arguing that the Court had sufficient evidence to determine Dubinksy suffered a present injury. (Dkt. No. 79 at 3.)

ORDER - 1

1     Motions for reconsideration are disfavored. CR 7(h). Absent either a showing of
2 manifest error or new facts or law that could not have been brought to the Court's attention
3 earlier, the Court will generally deny motions for reconsideration. Id. Plaintiff has offered no
4 new facts or law. The observations of Dubinsky's pipe demonstrate that Dubinsky's pipe is
5 functioning properly. (Dubinsky Dep. at 27:9-10.) Plaintiff's testing of piping in Jensen's
6 home is not enough to confer standing for Dubinsky. Thus, the Court does not believe its
7 order presents any manifest error.

8     The Court DENIES Plaintiff's motion for reconsideration. The Clerk is directed to
9 send a copy of this order to all counsel of record.

10     DATED this 26th day of November, 2008.

                                      s/Marsha J. Pechman
                                      Marsha J. Pechman
                                      UNITED STATES DISTRICT JUDGE